**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**
_____
**DISABLE RIGHTS NEW YORK,**

                **Plaintiff,**

            v.

**JEFF WISE, in his official capacity as Executive Director of the New York State Justice Center for the Protection of People with Special Needs, et al.,**

                **Defendants.**
_____

1:15-cv-32
(GLS/CFH)

## ORDER

In accordance with the Text Only Order issued by this court on February 28, 2018, (Dkt. No. 42), and in light of the parties' subsequent submissions, (Dkt. Nos. 45, 46), when responding to a request for records from Disability Rights New York (DRNY) pursuant to the Developmental Disabilities Assistance and Bill of Rights Act and the Protection and Advocacy for Individuals with Mental Illness Act, defendants are permanently enjoined from: (1) redacting any information from any record provided to DRNY and (2) withholding any relevant records reviewed or relied upon in conducting its investigations, regardless of whether such

investigations are ongoing or have resulted in a finalized report.

Additionally, DRNY will maintain the confidentiality of all records pursuant to 45 C.F.R. § 1326.28 and 42 C.F.R. § 51.45.

The Clerk is directed to provide a copy of this Order to the parties.

**IT IS SO ORDERED.**

April 17, 2018
Albany, New York

Gary L. Sharpe
U.S. District Judge